James F. Valentine (SBN 149269)
James Pistorino (SBN 226496)
Michelle A. Madriaga (SBN 218352)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Third-Party PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. C01-1640 SBA (MEJ)<br><br>**DECLARATION OF JAMES PISTORINO IN SUPPORT OF NON-PARTY PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S MOTION FOR SANCTIONS FOR VIOLATION OF FED. R. CIV. P. 45(c)(1)**<br><br>Judge:  Hon. Maria-Elena James<br><br>Date:   May 6, 2004<br>Time:   10:00 A.M.<br>Crtm:   B, 15th Floor |

I, James Pistorino, hereby declare as follows:

1.      I am an attorney at law licensed to practice in the State of California and a partner of the law firm of Howrey Simon Arnold & White, LLP, attorneys for non-party PHILIPS ELECTRONICS NORTH AMERICA CORPORATION ("PENAC").  The matters set forth in this declaration are based upon my personal knowledge, except where otherwise indicated, and if called as a witness, I could and would testify competently thereto.

2.      Attached hereto collectively as Exhibit 1 and submitted to the Court in paper form as a lengthy document is a true and correct copy of Non-Party Philips Electronics North America Corporation's Notice of Motion and Motion to Quash, for Sanctions, for Leave to File Objections, and/or to Transfer Discovery Dispute ("Non-Party PENAC's Motion to Quash"), together with the

HOWREY
SIMON
ARNOLD &
WHITE

DECLARATION OF JAMES PISTORINO
Case No.  C01-1640 SBA

1   supporting declaration of  James F. Valentine, filed in the United States District Court for the Southern

2   District of New York on February 19, 2004, as Case M8-85.

3          3.     Attached hereto are exhibits marked and described as follows:

4          (a)     Microsoft Corporation's Memorandum in Opposition to Non-Party Philips

5   Electronics North America Corporation's Motion to Quash, For Sanctions, For Leave to File

6   Objections, and/or to Transfer Discovery Dispute, filed in the United States District Court for

7   the Southern District of New York on or about February 25, 2004, in Case M8-85, attached

8   hereto as Exhibit 2(a) and submitted under seal.

9          (b)     Declaration of Eric L. Wesenberg in Support of Microsoft's Opposition to

10  Philips' Motion to Quash and for Sanctions, filed in the United States District Court for the

11  Southern District of New York on or about February 25, 2004, in Case M8-85, attached hereto

12  as Exhibit 2(b);

13         (c)     Declaration of Sara A. Sternad in Support of Microsoft's Opposition to Philips'

14  Motion to Quash and for Sanctions, filed in the United States District Court for the Southern

15  District of New York on or about February 25, 2004, in Case M8-85, attached hereto as Exhibit

16  2(c);

17         (d)     Declaration of Thomas Backiel in Support of Microsoft's Opposition to Philips'

18  Motion to Quash and for Sanctions, filed in the United States District Court for the Southern

19  District of New York on or about February 25, 2004, in Case M8-85, attached hereto as Exhibit

20  2(d);

21         (e)     Declaration of Diane Escamilla in Support of Microsoft's Opposition to Philips'

22  Motion to Quash and For Sanctions, filed in the United States District Court for the Southern

23  District of New York on or about February 25, 2004, in Case M8-85, attached hereto as Exhibit

24  2(e); and

25         (f)     Declaration of Mark F. Lambert in Support of Microsoft's Opposition to Philips'

26  Motion to Quash and for Sanctions, filed in the United States District Court for the Southern

27  District of New York on or about February 25, 2004, in Case M8-85, attached hereto as Exhibit

28  2(f) and submitted under seal.

HOWREY
SIMON
ARNOLD &
WHITE

-2-
DECLARATION OF JAMES PISTORINO
Case No.  C01-1640 SBA

4.      Attached hereto collectively as Exhibit 3 is a true and correct copy of Non-Party Philips Electronics North America Corporation's Reply Memorandum In Support Of Its Motion To Quash, For Sanctions, For Leave To File Objections, And/Or To Transfer Discovery Dispute, filed in the United States District Court, Southern District of New York, on or about March 2, 2004, in Case M8-85.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Subpoena served on Non-Party PENAC, dated January 26, 2004.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a transcript of the hearing regarding Non-Party PENAC's Motion to Quash held before Honorable Miriam Goldman Cedarbaum in the United States District Court in the Southern District of New York, dated March 9, 2004.

7.      Attached hereto as Exhibit 6 is a true and correct transcription of the in-person meet-and-confer conference between counsel for Microsoft and counsel for non-party PENAC held at the offices of Howrey Simon Arnold & White, LLP in Menlo Park, CA on March 15, 2004.

8.      Attached hereto as Exhibit 7 is a true and correct copy of *Semtek Int'l, Inc. v. Merkuriy Ltd.*, 1996 WL 238538 (N.D.N.Y. May 1, 1996).

9.      Attached hereto as Exhibit 8 is a true and correct copy of Declaration of James F. Valentine In Support Of Non-Party Philips Electronics North America Corporation's Notice of Motion to Quash, For Sanctions, For Leave To File Objections, And/Or To Transfer Discovery Dispute, filed in the United States District Court, Southern District of New York, on or about February 19, 2004, in Case M8-85.

10.      Attached hereto as Exhibit 9 is a true and correct copy of Non-Party Philips Electronics North America Corporation's Reply Memorandum In Support Of Its Motion To Quash, For Sanctions, For Leave To File Objections, And/Or To Transfer Discovery Dispute, filed in the United States District Court, Southern District of New York, on or about March 2, 2004, in Case M8-85.

HOWREY
SIMON
ARNOLD &
WHITE

-3-
DECLARATION OF JAMES PISTORINO
Case No.  C01-1640 SBA

11.     Attached hereto as Exhibit 10 is a true and correct copy of Reply Declaration of James F. Valentine, filed in the United States District Court, Southern District of New York, on or about March 2, 2004, in Case M8-85.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Declaration of James C. Pistorino, filed in the United States District Court, Southern District of New York, on or about March 2, 2004, in Case M8-85.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Declaration of Michelle A. Madriaga, filed in the United States District Court, Southern District of New York, on or about March 2, 2004, in Case M8-85.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Subpoena in Case Number C01-1640 SBA, in the United States District Court, Southern District of New York, issued by Microsoft Corporation, to Sony Corporation of America, dated October 29, 2003.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of March, 2004, at Menlo Park, California.


/s/ James Pistorino
James Pistorino

HOWREY
SIMON
ARNOLD &
WHITE