UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | CASE NO. C01-1640 SBA (MEJ)<br><br>Consolidated with C 02-0647 SBA (MEJ)<br><br>**DECLARATION OF DIANE ESCAMILLA IN SUPPORT OF MICROSOFT'S OPPOSITION TO PHILIPS' MOTION TO QUASH AND FOR SANCTIONS** |

Diane Escamilla declares under penalty of perjury the following:

1. I am over the age of 18 and I am employed as a secretary by the law firm of Orrick Herrington & Sutcliffe LLP, attorneys for defendant Microsoft Corporation ("Microsoft"). Part of my employment responsibilities includes handling administrative matters for the attorneys I support. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify thereto.

2. On February 20, 2004, I transcribed a voice mail message that Mark Lambert forwarded to me from his voicemail box.

3. Attached hereto as Exhibit A is my transcription of this voice mail message. I have checked my transcription against the recorded message, and it is true and accurate.

DATED: February 24, 2004
Menlo Park, CA

_[signature: Diane Escamilla]_
Diane Escamilla

# EXHIBIT A

"Hi Mr. Lambert, my name is Jim Valentine. Like yesterday actually. And I am an attorney of Howrey Simon Arnold & White in Menlo Park and I am calling in regards to a subpoena that was served in the *Intertrust v. Microsoft* case in which, I believe, your firm is representing Microsoft and this subpoena was directed to Philips Electronics North America Corp. I have been retained by Philips to respond to this subpoena, but I am currently out of the office dealing with some family medical emergencies. Anyway, I would like to speak to you about the subpoena, and first and foremost I would like to request an additional ten days or so to respond to this. My direct dial is (650) 463-8240. I am currently in Ohio, but I should be returning, hopefully, to my Silicon Valley office this week and if so we can speak then. And I don't know that we'll need the full ten days. But I see that the deadline for responding is February 20th and I want to at least have time to discuss the subpoena and Philips' response to that. So if you could leave me a message regarding that extension, we can confirm it in writing sometime this week. I don't think there is any immediate rush to do that. And then we'll probably need to discuss this further as we prepare our response. Thank you, hope all is well and hope to hear from you soon.